EXHIBIT B

FILED

UNITED STATES DISTRICT COURT

2004 SEP 28  A 10: 47

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| DAVID J. SHORTT, | : | 3:02 CV 1352 (AWT) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF NEW MILFORD, TOWN OF | : | |
| NEW MILFORD POLICE DEPARTMENT, | : | |
| ARTHUR J. PEITLER, and COLIN D. | : | |
| MCCORMACK | : | |
| | : | SEPTEMBER, |
| Defendants. | : | ~~AUGUST~~ 23, 2004 |

**STIPULATION OF DISMISSAL**

The parties have agreed to settle this case and have resolved all issues herein. In light of this settlement, the parties stipulate and agree that this case may be withdrawn, with prejudice and without costs assessed to any party, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

PLAINTIFF DAVID J. SHORTT

BY_____
DAVID S. GOLUB ct00145
PETER MASON DREYER ct17769
SILVER GOLUB & TEITELL
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CONNECTICUT 06904
(203) 325-4491

DEFENDANTS,

BY_____
JAMES N. TALLBERG, ESQ. ct17849
UPDIKE, KELLY & SPELLACY, P.C.
ONE STATE STREET,
P.O. BOX 231277
HARTFORD, CONNECTICUT 06123
(860) 548-2600