#12

**EXHIBIT B**

FILED
2004 SEP 28  A 10: 47

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID J. SHORTT, | : | 3:02 CV 1352 (AWT) |
| Plaintiff, | : | |
| v. | : | |
| TOWN OF NEW MILFORD, TOWN OF NEW MILFORD POLICE DEPARTMENT, ARTHUR J. PEITLER, and COLIN D. MCCORMACK | : | |
| | : | SEPTEMBER, |
| Defendants. | : | ~~AUGUST~~ 23, 2004 |

**STIPULATION OF DISMISSAL**

The parties have agreed to settle this case and have resolved all issues herein. In light of this settlement, the parties stipulate and agree that this case may be withdrawn, with prejudice and without costs assessed to any party, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

PLAINTIFF DAVID J. SHORTT

BY _____
DAVID S. GOLUB ct00145
PETER MASON DREYER ct17769
SILVER GOLUB & TEITELL
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CONNECTICUT 06904
(203) 325-4491

DEFENDANTS,

BY _____
JAMES N. TALLBERG, ESQ. ct17849
UPDIKE, KELLY & SPELLACY, P.C.
ONE STATE STREET
P.O. BOX 231277
HARTFORD, CONNECTICUT 06123
(860) 548-2600

APPROVED and SO ORDERED.

_____
ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    11/12/04

FILED
2004 NOV 12  P 3: 53
DISTRICT COURT
HARTFORD, CT